IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES YOUNG, #284656 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv289 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed. The Petitioner has filed objections.

The Report and Recommendation of the Magistrate Judge, which contain his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Thus the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Petition for a Writ of Habeas Corpus is **DISMISSED** without prejudice. It is further

**ORDERED** that the Clerk shall return unfiled any new documents submitted by the Petitioner in this case or any new lawsuits submitted by him unless the Petitioner first shows that

he has complied with all sanctions previously imposed or has obtained permission from a federal judicial officer to file the lawsuit. It is finally

**ORDERED** that all other motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 17th day of July, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

2